# United States Court of Appeals for the Federal Circuit

---

**ALNYLAM PHARMACEUTICALS, INC.,**

*Plaintiff-Appellant*

v.

**MODERNA, INC., MODERNATX, INC., MODERNA US, INC.,**

*Defendants-Appellees*

---

2023-2357

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00335-CFC, 1:22-cv-00925-CFC, Chief Judge Colm F. Connolly.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

June 4, 2025
Date

Jarrett B. Perlow
Clerk of Court